IH-32                                                                                       Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

### Full Caption of Later Filed Case:

UNITED STATES OF AMERICA,

| Plaintiff | Case Number |
|---|---|
| vs. | 14 Civ. 8593 (    ) |
| NARCO FREEDOM, INC., | |
| Defendant | |

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

US ex rel. [DOE],

| Plaintiff | Case Number |
|---|---|
| vs. | 12 Civ. 3674 (JGK) |
| ABC, | |
| Defendant | |

Page 1

IH-32                                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

This matter is under seal.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

A description of the related nature of the cases will be filed under seal.

Signature: _____                    Date: 10/28/2014

Firm: United States Attorney's Office
      Southern District of New York