

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 3, 2014

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007-1581

    Re:    *United States v. Narco Freedom, Inc.*, 14 Civ. 8593 (JGK)

Dear Judge Koeltl:

    We write respectfully on behalf of the United States (the "Government") in the above-referenced action, with respect to the hearing scheduled by the Court for November 12, 2014, at 4:30 p.m., to consider the Government's pending motion for a preliminary injunction. Specifically, we write to inquire as to whether the Court wishes to hear live witness testimony at the hearing, or if the Court intends to rely upon the declarations and other papers submitted by the parties. In the event the Court intends to hear live testimony, the Government anticipates presenting approximately 5-8 witnesses, and additionally seeks guidance from the Court regarding the timing of the submission of the parties' witness and exhibit lists. In the event the Court does not intend for the hearing to include live testimony, the Government believes that it can rest on the papers submitted with the motion, and with its upcoming reply brief.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney for the
    Southern District of New York

By:   s/ Cristine Irvin Phillips
    KIRTI V. REDDY
    CRISTINE IRVIN PHILLIPS
    Assistant United States Attorneys
    86 Chambers Street
    New York, New York 10007
    Tel.: (212) 637-2751/2696
    Fax: (212) 637-2702
    E-mail: kirti.reddy@usdoj.gov
           cristine.phillips@usdoj.gov

Hon John G. Koeltl                                                                                                                Page 2
November 3, 2014

cc (by e-mail):     Jerry Solomon, Esq.
                    Linda Clark, Esq.
                    Joseph Murphy, Esq.
             *Counsel for Narco Freedom, Inc.*