# HISCOCK & BARCLAY LLP

**Linda J. Clark**
*Partner*

November 11, 2014

**Via Electronic Filing**

Hon. John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Narco Freedom Inc. (14 Civ. 8593)*

Dear Judge Koeltl:

    We write to correct a statement in our letter to the Court yesterday concerning hearing dates in this matter and a related New York state proceeding.

    In our letter we incorrectly identified November 19, 2014 as the date for the hearing currently scheduled on Plaintiff's motion for a preliminary injunction in this matter. The actual date for that hearing is November 18, 2014. Accordingly, there is no conflict between that hearing and a hearing scheduled by the New York State Office of Alcoholism and Substance Abuse Services ("OASAS") on its intent to appoint a temporary operator for Narco Freedom's OASAS-regulated programs.

    However, we submit that the other reasons set forth in our letter yesterday warrant an extension of the briefing schedule and hearing on Plaintiff's motion for a preliminary injunction and, pursuant to Local Civil Rule 37.2, an informal conference with the Court to discuss discovery and other logistics and preparations for the hearing.

    We appreciate Your Honor's kind consideration and prompt attention to this request.

    Respectfully,

    /s/ *Linda J. Clark*

    Linda J. Clark

LJC:jm

80 State Street – Albany, New York 12207  hblaw.com
lclark@hblaw.com  Direct: 518.429.4241  Fax: 518.427.3498
Also Admitted In: Massachusetts

8642013.1

Hon. John G. Koeltl
November 11, 2014
Page 2

cc: **Via Electronic Filing and Email**

    Christine Phillips, Esq.
    Kirti Reddy, Esq.
    William Passannante, Esq.
    *United States Attorney's Office - Southern District of New York*

**Via Email**

    Christopher M. Shaw, Esq.
    Carolyn T. Ellis, Esq.
    David Abrams, Esq.
    *Office of the New York Attorney General*