# HISCOCK & BARCLAY LLP

**Linda J. Clark**
*Partner*

November 20, 2014

**Via Electronic Filing**

Hon. John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *United States v. Narco Freedom Inc. (14 Civ. 8593)*

Dear Judge Koeltl:

We submit this cover letter with the accompanying papers and bring to the Court's attention certain important procedural issues addressed in the Declaration of Linda J. Clark submitted herewith.

Additionally, we note that we are filing the Expert Report of Edward Nunes, M.D. with an electronic signature.  Dr. Nunes was unexpectedly unavailable to provide a hard copy signature on this report, but he did approve its transmission electronically.  We will file an amended copy with a hard copy signature tomorrow.

Respectfully,

/s/ *Linda J. Clark*

Linda J. Clark

LJC:jm

80 State Street – Albany, New York 12207  hblaw.com
lclark@hblaw.com  Direct: 518.429.4241  Fax: 518.427.3498
Also Admitted In: Massachusetts

8672514.1

cc:     **<u>Via Electronic Filing and Email</u>**

Christine Phillips, Esq.
Kirti Reddy, Esq.
William Passannante, Esq.
*United States Attorney's Office - Southern District of
New York*

**<u>Via Email</u>**

Christopher M. Shaw, Esq.
Carolyn T. Ellis, Esq.
David Abrams, Esq.
Alee Scott, Esq.
*Office of the New York Attorney General*