# HISCOCK & BARCLAY LLP

**Linda J. Clark**
*Partner*

December 18, 2014

Hon. Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
Courtroom 11C
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Narco Freedom, Inc.*
                Case No.: 14-CV-8593

Dear Judge Ellis:

      We represent the defendant, Narco Freedom, Inc., in this action, which has been referred to you for settlement by Judge Koeltl. The case was the subject of a preliminary injunction hearing held from December 2 through December 4, 2014.

      The matter involves issues relating to housing being offered to approximately 1,500 patients currently in treatment at Narco Freedom's substance abuse programs. The pending preliminary injunction decision from Judge Koeltl expected by year end could impact greatly our client's ability to continue to provide this type of housing assistance to this vulnerable patient population. We appreciate your scheduling of a settlement conference on January 29, 2015, especially in light of Judge Koeltl's strong recommendation that the parties engage in efforts to reach a resolution of the current issues before a decision is issued on the Government's motion for a preliminary injunction.

      We are pleased to report that the parties and additional stakeholders will be meeting today to discuss settlement. We look forward to providing Your Honor with a report after today's meeting.

Respectfully,

*Linda J. Clark (JAA)*

Linda J. Clark

LJC/kmt

80 State Street - Albany, New York 12207   hblaw.com
lclark@hblaw.com   Direct: 518.429.4241   Fax: 518.427.3498
Also Admitted In: Massachusetts

8728556.2

December 18, 2014
Page 2

cc:     **Via ECF and Email**

      Christine Phillips, Esq.
      Kirti Reddy, Esq.
      William Passannante, Esq.
      *United States Attorney's Office - Southern District of New York*

      **Via Email**

      Christopher M. Shaw, Esq.
      Carolyn T. Ellis, Esq.
      David Abrams, Esq.
      Alee Scott, Esq.
      *Office of the New York Attorney General*

      **Via Email**

      Aaron Bloom, Esq.
      *New York City Assistant Corporation Counsel*

8728556.2