UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,        14 Cv. 8593 (JGK)

    - against -              ORDER

NARCO FREEDOM, INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

The Court intends to issue an opinion on the Government's motion for a preliminary injunction in early January.

SO ORDERED.

Dated:    New York, New York
           December 23, 2014

                                      John G. Koeltl
                               United States District Judge